THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 | : | 1:11-cv-1747 |
| HEALTH AND WELFARE FUND, | : | The Honorable Judge Jorge L. Alonzo |
| TEAMSTERS LOCAL UNION NO. 727 | : | |
| PENSION FUND and TEAMSTERS | : | |
| LOCAL UNION NO. 727 LEGAL AND | : | |
| EDUCATIONAL ASSISTANCE FUND, | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | |
| | : | |
| L&R GROUP OF COMPANIES, | : | |
|     Defendant | : | |

## PROPOSED FINAL JUDGMENT ORDER

Judgment is entered in favor of the Plaintiffs and against the Defendant for

(1) the full $892,729.64 that Plaintiffs seek in delinquent contributions ($643,148.35 for the Health and Welfare Fund; $223,569.73 for the Pension Fund; and $26,011.56 for the Legal and Educational Assistance Fund);

(2) interest on the delinquent contributions in the amount of $496,404.30 ($356,625.83 for the Health and Welfare Fund; $124,171.50 for the Pension Fund; and $15,606.97 for the Legal and Educational Assistance Fund);

(3) liquidated damages in the amount of $178,545.93 ($128,629.67 for the Health and Welfare Fund; $44,713.95 for the Pension Fund; and $5,202.31 for the Legal and Educational Assistance Fund):

(4) payroll audit fees in the amount of $64,021.58 ($45,267.78 for the Health and Welfare Fund; $17,460.43 for the Pension Fund; and $1,293.37 for the Legal and Educational Assistance Fund);

1

(5)     auditor trial preparation and trial attendance fees in the amount of $6,800.00 ($4,808.28 for the Health and Welfare Fund; $1,854.36 for the Pension Fund; and $137.36 for the Legal and Educational Assistance Fund).

(6)     Plaintiffs are also entitled to reasonable attorneys' fees and costs and are directed to follow the procedures outlined in this district's Local Rule 54.3 in an effort to reach agreement on the appropriate amount.

Judgment is entered in favor of Plaintiffs and against Defendant on Defendant's counterclaim for $1,255.802.66.

**SO ORDERED.**                     ENTERED: _____, 2016

                                    _____
                                    **JORGE L. ALONSO**
                                    **United States District Judge**